**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-20117-RAR**

**ASHLEY OWINGS,** *et al.,*
*on behalf of themselves and*
*all others similarly situated,*

Plaintiffs,

vs.

**MEDUSIND, INC.,**

Defendant.
_____________________/

**CLERK'S ENTRY OF FINAL JUDGMENT**

Pursuant to the Court's Order at DE [62] granting DE [56] Unopposed Motion for Final Approval of Class Action Settlement and Application for Attorneys' Fees and Costs, the Clerk of Court enters Final Judgment forthwith pursuant to Federal Rule of Civil Procedure 58.

DONE AND ORDERED this 26th day of January, 2026 in the Southern District of Florida.

Angela E. Noble
CLERK OF COURT

By: s/Patrick Edwards
Data Quality Analyst